UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMIE ARDIGO,

                Plaintiff,

    -v-

J. CHRISTOPHER CAPITAL, LLC,
CHRISTOPHER BURCH,
and EDWARD WELSH, individually,

               Defendants.
------------------------------------------------------------X

12 Civ. 3627 (JMF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/13

JESSE M. FURMAN, United States District Judge:

      The March 25, 2013 Opinion and Order (Docket No. 30) dismissed the one and only claim against Defendant Christopher Burch. Accordingly, the Clerk of Court is directed to terminate Defendant Burch from this case.

      Per the Opinion and Order, the retaliation claim (brought only against Defendant J. Christopher Capital, LLC) and the aiding-and-abetting claim (brought only against Defendant Edward Welsh) remain.

      SO ORDERED.

Dated: April 3, 2013
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge