# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/13
```

May 2, 2013

**VIA EMAIL (Furman_NYSDChambers@nysd.uscourts.gov)**
Hon. Jesse M. Furman
United States District Court for the
  Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re: *Ardigo v. J. Christopher Capital et al.*, 12 CV 3627 (JMF)(HBP) (S.D.N.Y.)

Dear Judge Furman:

We represent the Plaintiff in the above-referenced employment discrimination action wherein the Amended Complaint details retaliatory termination by Defendants.

We write regarding the Initial Conference, which is currently scheduled for Thursday, May 9, 2013 at 3:15 p.m. Plaintiff respectfully requests a one-week (1-week) adjournment of the Conference and the corresponding deadline to submit the joint letter and proposed civil case management plan and scheduling order.

Defendants consent to our request and no previous requests for adjournment of this Conference have been made. Should it please the Court, both parties would be available on Thursday, May 16, 2013.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

___s/___
Walker G. Harman, Jr.

*[Handwritten: The conference is rescheduled for May 20, 2013, at 3:45 pm. SO ORDERED. /s/ May 2, 2013]*

cc: Brian S. Cousin, Esq. (via email, brian.cousin@dentons.com)
    Jonathan E. Goldberg, Esq. (via email, jonathan.goldberg@dentons.com)
    Lauren B. Perlgut, Esq. (via email, lauren.perlgut@dentons.com)
    Peter J. Andrews (via email, pandrews@theharmanfirm.com)
    Jamie Ardigo (via email)