```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
JAMIE ARDIGO,                                 :
                                              :
                         Plaintiff,           :       12 Civ. 3627 (KPF)
            v.                                :
                                              :              ORDER
J. CHRISTOPHER CAPITAL, LLC, et al.,          :
                                              :
                         Defendants.          :
                                              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/14/2013

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' joint letter of August 14, 2013, requesting an extension of time for discovery. The parties' request is GRANTED IN PART, with fact discovery extended to **October 31, 2013**, and expert discovery extended to **December 16, 2013**. The conference scheduled for September 24, 2013, is ADJOURNED to **November 13, 2013, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 15, 2013
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge