**DENTONS**

Brian S. Cousin
Partner

brian.cousin@dentons.com
D +1 212 398 5776

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

T +1 212 768 6700
F +1 212 768 6800

Salans FMC SNR Denton
dentons.com

September 20, 2013

BY FACSIMILE: 212-805-6111

Hon. Henry Pitman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Ardigo v. J Christopher Capital, LLC, et al.*, 12-cv-3627 (KPF)(HBP)

Dear Judge Pitman:

We represent Defendants in the above-captioned matter. The parties are scheduled to appear before Your Honor next Friday, September 27th for a settlement conference.

We are writing on behalf of all parties to jointly respectfully request that the time for all parties to submit a confidential mediation statement be extended from today, September 20th at 4:00 P.M. to Monday, September 23, 2013 at 4:00 P.M. There have been no prior requests for an extension, and the extension will not affect any other scheduled dates.

We appreciate Your Honor's attention to this request and Your Honor's services as a mediator.

Respectfully submitted,

*Brian S. Cousin*

Brian S. Cousin

cc: Lauren Perlgut, Esq.
    Walker G. Harman, Jr., Esq.